IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYN RAU,

   Plaintiff,       2:13-cv-00371-KJM-CMK

  v.

MISSION RANCH PRIMARY
CARE; MARCIA F. NELSON,     ORDER TO SHOW CAUSE

   Defendants.
_____/

   On June 21, 2013 the court, having ruled on defendants' motion to dismiss, ordered plaintiff to file an amended complaint within twenty-one days.  (ECF 12.)  Plaintiff still has not complied with the court's order.

   Accordingly, counsel for plaintiff is hereby ordered to show cause on or before July 31, 2013 why plaintiff should not be sanctioned, including with dismissal of this case, for failure to prosecute.

   IT IS SO ORDERED.

DATED:  July 30, 2013.

_____
UNITED STATES DISTRICT JUDGE