UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYN RAU,<br><br>        Plaintiff,<br><br>    v.<br><br>MISSION RANCH PRIMARY CARE, et al.,<br><br>        Defendants. | Civ. No.  S-13-371 KJM CMK<br><br><br>ORDER TO SHOW CAUSE |

On September 10, 2013, the court ordered plaintiff's counsel sanctioned in the amount of $250 for failing to respond to court orders, directing her to pay the sanction within seven days. Counsel has not responded to the court's order.

Counsel is now directed to show cause within seven days of the date of this order why she should not be sanctioned an additional $500 for her failure to pay the initial sanction. Failure to respond to this order will result in a report to the State Bar of California.

IT IS SO ORDERED.

DATED: October 21, 2013.

_____
UNITED STATES DISTRICT JUDGE

1